■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEX YANOWITCH, Appellant, v HANS WALKER, as Superintendent of

Auburn Correctional Facility, Respondent. [619 NYS2d 1012] —Judgment unanimously affirmed *(see, People ex rel. Ruckdeschel v LeFevre,* 100 AD2d 643, *lv denied* 62 NY2d 605). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Davis, JJ.